**Order entered January 19, 2023**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-01286-CV

**JAYSON HOWARD MOORE, Appellant**

**V.**

**DALLAS MORNING NEWS, INC., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06923**

**ORDER**

Appellant appeals from the trial court's September 28, 2022 judgment. On November 29, 2022, appellant filed with the trial court a motion to determine the date he obtained actual knowledge of the judgment. The motion was in essence a motion to obtain more time filed pursuant to rule 306a(4), (5) of the Texas Rules of Civil Procedure and was titled "Plaintiff's Request for Finding Actual Knowledge of Judgment Under Rule 4.2(c) of the Texas Rules of Appellate Procedure." *See* TEX. R. CIV. P. 306a(4), (5). Rule 4.2(c) requires a trial court, following a hearing,

to sign a written order that finds the date when the party or the party's attorney first either received notice or acquired actual knowledge that the judgment was signed. *See* TEX. R. APP. P. 4.2(c). The record before this Court does not reflect the trial court has determined the motion.

Without the requisite date finding by the trial court, we are unable to determine the timeliness of the appeal. Accordingly, we **ORDER** the trial court to conduct a hearing, **WITHIN TWENTY DAYS** of the date of this order, on appellant's November 29, 2022 motion and sign an order finding the date when appellant, who is pro se, first either received notice or acquired actual knowledge that the judgment was signed. *See id*.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN TWENTY-FIVE DAYS** of the date of this order, a supplemental clerk's record with the trial court's order. We **ORDER** Crystal Brown, Official Court Reporter for the 44th Judicial District Court, to file, **WITHIN THIRTY DAYS** of the date of this order, the reporter's record of the ordered hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Veretta Frazier, Presiding Judge of the 44th Judicial District Court; Ms. Pitre; Ms. Brown; and, all parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order.  The appeal will be reinstated in thirty days or when the requested supplemental clerk's record is filed, whichever occurs sooner.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE